# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

GREGORY SHIPP

V.

DAVID GOMEZ, as Warden of the Northern Reception and Classification Center, and ROB JEFFREYS, as Director of the Northern Reception and Classification Center

CASE NUMBER: 22-cv-00888

ASSIGNED JUDGE: Robert M. Dow, Jr.

DESIGNATED MAGISTRATE JUDGE: Gabriel A. Fuentes

TO: (Name and address of Defendant)

David Gomez, Warden of the Northern Reception and Classification Center
813 Rooney Dr.
Joliet IL, 60435

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Benjamin J. Bradford
Jenner & Block LLP
353 N. Clark St.
Chicago, IL 60654

an answer to the complaint which is herewith served upon you, __21__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*Amanda Keil*

(By) DEPUTY CLERK



February 22, 2022

DATE

# AFFIDAVIT OF SERVICE

| Case:<br>22-cv-00888 | Court:<br>United States District Court for the Northern District of Illinois | County: | Job:<br>6720234 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>Gregory Shipp | | **Defendant / Respondent:**<br>David Gomez, et al. | |
| **Received by:**<br>Blue 22, LLC. | | **For:**<br>Jenner & Block LLP | |
| **To be served upon:**<br>David Gomez | | | |

William Vincent deposes and says that he/she is either a licensed and/or registered employee/agent of a Private Detective Agency, licensed by the Illinois Department of Professional Regulation and therefore authorized, pursuant to the provisions of Chapter 735, Code of Civil Procedure, Section 5/2-202, Illinois Compiled Statutes, to serve process in the above cause.

**Recipient Name / Address:**   David Gomez c/o Lora Haven IDOC Attorney, 16830 s Broadway, Joliet, IL 60434
**Manner of Service:**   Authorized, Feb 24, 2022, 2:39 pm CST
**Documents:**   Summons and Complaint

**Additional Comments:**
1) Unsuccessful Attempt: Feb 22, 2022, 1:24 pm CST at 813 Rooney Dr, Joliet, IL 60435
Attempted contact at address given. No answer at door. No lights on.

2) Unsuccessful Attempt: Feb 23, 2022, 6:27 am CST at 813 Rooney Dr, Joliet, IL 60435
Spoke with the David Gomez that lives here. This is the wrong person. He said he has never worked for the Penal system. Said that he works for Stepan Chemical. Described as male hispanic 508 Stocky Black Hair in his 50s. Seemed very truthful and I do not believe this is the correct David Gomez. Papers were NOT served.

3) Successful Attempt: Feb 24, 2022, 2:39 pm CST at 16830 s Broadway, Joliet, IL 60434 received by David Gomez c/o Lora Haven IDOC Attorney. Age: 40s; Ethnicity: Caucasian; Gender: Female; Weight: Avg; Height: 5'4"; Hair: Brown;

Under penalties of perjury as provided by law pursuant to section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

*Wm Vincent*   02/24/2022
William Vincent   Date
117-000192 Detective

Blue 22, LLC.
141 W. Jackson Blvd Ste. 300
Chicago, IL 60604
312-553-4464