# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

GREGORY SHIPP

V.

DAVID GOMEZ, as Warden of the Northern Reception and Classification Center, and ROB JEFFREYS, as Director of the Northern Reception and Classification Center

CASE NUMBER: 22-cv-00888

ASSIGNED JUDGE: Robert M. Dow, Jr.

DESIGNATED MAGISTRATE JUDGE: Gabriel A. Fuentes

TO: (Name and address of Defendant)

Rob Jeffreys, Director of the Northern Reception and Classification Center
861 S. State St.
Lincoln, IL 62656

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Benjamin J. Bradford
Jenner & Block LLP
353 N. Clark St.
Chicago, IL 60654

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*Amanda Keil*

(By) DEPUTY CLERK

February 22, 2022

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 2/22/2022 |
| NAME OF SERVER (PRINT) RHONDA FRERICHS | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): LEFT COPIES WITH AN AUTHORIZED PERSON AT HIS OFFICE

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/22/2022     _Rhonda J Frerichs_
                Date         Signature of Server

                             1 WEST OLD STATE CAPITOL PLAZA, STE 818
                             Address of Server
                             SPRINGFIELD, IL 62701

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Illinois

Case Number: 22-CV-00888

Plaintiff:
**GREGORY SHIPP**
vs.
Defendant:
**DAVID GOMEZ, as Warden of the Northern Reception and Classification Center, and ROB JEFFREYS, as Director of the Northern Reception and Classification Center**

For: Jenner & Block LLP

Received by Clutter Investigations Inc. DBA Courthouse Courier on the 22nd day of February, 2022 at 10:24 am to be served on **Rob Jeffreys, Director of the Northern Reception and Classification Center, 861 S. State St., Lincoln, IL 62656.** I, _RHONDA FREDRICKS_, being duly sworn, depose and say that on the _22ND_ day of _FEBRUARY_, 20_22_ at _2:15 P.M._, executed service by delivering a true copy of the **Summons in a Civil Case and Complaint with Jury Trial Demanded** in accordance with state statutes in the manner marked below:

(X) PUBLIC AGENCY: By serving _TARA BURRIS_ as _OFFICE ASSOCIATE_ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____.

( ) CORPORATE SERVICE: By serving _____ as _____.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: _I SERVED THIS AT ROB JEFFREYS' OFFICE IN SPRINGFIELD AT 1301 CONCORDIA COURT, SPRINGFIELD, IL 62702_

Age _25_ Sex M (F) Race _WHITE_ Height _5'5"_ Weight _130_ Hair _BROWN_ Glasses (Y) N

## AFFIDAVIT OF SERVICE For 22-CV-00888

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and sworn to before me on the 22nd day of February, 2022 by the affiant who is personally known to me.

*Cristine L Crawford*
Notary public

OFFICIAL SEAL
CRISTINE L. CRAWFORD
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-28-2025

*Rhonda J Frenchs*

PROCESS SERVER # 115.002478
Appointed in accordance with State Statutes

Clutter Investigations Inc. DBA Courthouse Courier
1 West Old State Capitol Plaza
Suite 818
Springfield, IL 62701
(217) 528-5997

Our Job Serial Number: 2022000336

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.1z