## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Shipp, et al. v. Gomez, et al.        Case Number: 1:22-cv-00888

An appearance is hereby filed by the undersigned as attorney for:

Gregory Shipp and others similarly situated

Attorney name (type or print): Karolina Lucyna Bartosik

Firm: Jenner & Block LLP

Street address: 353 N Clark Street

City/State/Zip: Chicago, IL 60654

Bar ID Number: 6338699        Telephone Number: 312-982-4911
(See item 3 in instructions)

Email Address: kbartosik@jenner.com

Are you acting as lead counsel in this case?        ☐ Yes  ☑ No

Are you acting as local counsel in this case?       ☐ Yes  ☑ No

Are you a member of the court's trial bar?          ☐ Yes  ☑ No

If this case reaches trial, will you act as the trial attorney?   ☐ Yes  ☑ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 4/7/2022

Attorney signature: S/Karolina L. Bartosik

Digitally signed by: Karolina L. Bartosik
DN: CN = Karolina L. Bartosik email = kbartosik@jenner.com C = US O = Jenner
and Block LLP
Date: 2022.04.07 12:15:44 -05'00'

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015