IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY SHIPP, CHRISTOPHER DIXON, ERIC JOHNSON, and ZACHARY JOHNSON, on their own behalf and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>   v.<br><br>DAVID GOMEZ, as Warden of the Northern Reception and Classification Center, and ROB JEFFREYS, as Director of the Northern Reception and Classification Center,<br><br>       Defendants. | Case No. 1:22-cv-00888<br><br>Hon. Robert M. Dow Jr.<br><br>Magistrate Judge Gabriel A. Fuentes |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE
<u>A MEMORANDUM OF LAW IN EXCESS OF 15 PAGES</u>**

  Pursuant to LR 7.1, Plaintiffs Gregory Shipp, Christopher Dixon, Eric Johnson, and Zachary Johnson (collectively "Plaintiffs") respectfully move this Court for the entry of an Order granting Plaintiffs leave to file a Memorandum of Law in Excess of 15 Pages in support of their Motion for Preliminary Injunction. In support of this Motion, Plaintiffs state as follows:

  1. Plaintiffs have worked diligently to prepare a memorandum of law that is as short as possible but respectfully submit that, given the scope of confinement conditions at issue in this case as well as the number of legal arguments that support the entry of a preliminary injunction, Plaintiffs require an additional nine pages beyond the 15-page limit set forth in LR 7.1 to properly address those arguments. Plaintiffs' memorandum of law is attached as Exhibit 1.

  2. Pursuant to Local Rule 37.2, the parties met and conferred in good faith on May 10, 2022. Plaintiffs informed Defendants that they intended to file this Motion, as well as a Motion for Preliminary Injunction, a Motion for Expedited Discovery, and a Motion for Class

Certification. Defendants indicated that they do not object to Plaintiffs' Motion for Leave to File a Memorandum of Law in Excess of 15 Pages, and Plaintiffs have no objection to Defendants being granted leave to file an equivalent number of additional pages in the event Defendants seek leave. Defendants indicated that they would oppose Plaintiffs' Motion for Expedited Discovery, Plaintiffs' Motion for Preliminary Injunction, and Plaintiffs' Motion for Class Certification.

WHEREFORE, Plaintiffs respectfully request that this Court grant this motion and enter an Order granting Plaintiffs leave to file a Memorandum of Law in Support of their Motion for Preliminary Injunction consisting of 24 pages instanter, and such other and further relief as the Court deems just and appropriate.

Dated: May 17, 2022

Respectfully submitted,

PLAINTIFFS GREGORY SHIPP, CHRISTOPHER DIXON, ERIC JOHNSON, and ZACHARY JOHNSON

By: */s/ Benjamin J. Bradford*
    Attorney for Plaintiffs

Terri L. Mascherin (ARDC 6187735)
Benjamin J. Bradford (ARDC 6285800)
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654
312-222-9350
tmascherin@jenner.com
bbradford@jenner.com

Alan Mills (ARDC 6181054)
Nicole Schult (ARDC 6306949)
UPTOWN PEOPLE'S LAW CENTER
4413 N. Sheridan
Chicago, IL 60640
773-769-1411
alan@uplcchicago.org
nicole@uplcchicago.org

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, Lindsey Lusk, an attorney, certify that on May 17, 2022, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will then send a Notice of Electronic Filing to all counsel of record.

/s/ *Lindsey A. Lusk*

Lindsey A. Lusk