IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY SHIPP, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID GOMEZ, et al.,<br><br>Defendants. | Case No. 22-cv-00888<br><br>Hon. Rebecca R. Pallmeyer<br><br>Magistrate Judge Maria Valdez |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENTION OF TIME
TO RESPOND TO PLAINTIFFS' MOTION FOR SANCTIONS AND TO COMPEL**

Defendants respectfully submit this unopposed motion to request a 21-day extension of time, until December 8, 2023, to allow new counsel appearing for Defendants time to try to resolve the issues raised in Plaintiffs' motion for sanctions and to compel, and to respond substantively to Plaintiffs' motion to the extent necessary. In support of this motion, Defendants state:

1. On October 6, 2023, Plaintiffs filed a motion for sanctions and to compel, ECF 88, 89, which they supplemented on October 19, 2023, ECF 92, to address Defendants' production of additional documents ("Plaintiffs' Motion"). Defendants' response is currently due November 17, 2023, with the Court to rule by mail. Min. Entry 11/6/23.

2. Defendants' counsel Kristin Lindemann has informed the Court and Plaintiffs' counsel that she is leaving the Office of the Attorney General on November 17, 2023. On November 9, 2023, Defendants informed Plaintiffs' counsel that three new attorneys would be appearing for Defendants: Doug Rees, chief deputy attorney general, civil litigation; Laura Bautista, assistant chief deputy attorney general; and Isaac Freilich Jones, a senior assistant attorney general.

3. Defendants' new counsel requested a meeting with Plaintiffs' counsel on Tuesday, November 14, to try to resolve the issues raised in Plaintiffs' Motion.

4. During the parties' conference call on November 14, the parties discussed the issues raised in Plaintiffs' Motion, as well as other issues pertinent to the case. Defendants' new counsel explained their efforts to get up to speed on the issues in the case generally, and those raised in Plaintiffs' Motion specifically. Defendants' counsel committed to producing any remaining responsive documents noted in Plaintiffs' Motion on a rolling basis between now and December 8, and to let Plaintiffs' counsel know by December 8 if they will need additional time to produce any additional documents. The parties also discussed efforts to reach agreement on how the scope of certain requests might be reduced.

5. This motion is made in good faith, with Defendants fully recognizing that discovery needs to be completed (by both sides) to allow the parties to focus on resolving this case on the merits.

6. Plaintiffs' counsel have confirmed that Defendants may present this motion as "unopposed." Although we understand the Court has indicated that it will rule on Plaintiffs' Motion by mail, if the Court is available to hold a hearing during the week of December 11, the parties would jointly welcome that opportunity. The parties will contact chambers to find out if a date is available.

For these reasons, Defendants' respectfully request that the Court grant them 21 days, until December 8, 2023, to respond to Plaintiffs' motion for sanctions and to compel.

Dated: November 15, 2023

R. Douglas Rees
Isaac Freilich Jones
Kristin Lindemann
Office of the Illinois Attorney General
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601
Tel. 312-814-3000
*richard.rees@ilag.gov*
*isaac.freilichjones@ilag.gov*
*kristin.lindemann@ilag.gov*

Laura Bautista
Office of the Attorney General
500 South Second Street
Springfield, IL 62701
Tel.: (217) 782-9075
*laura.bautista@ilag.gov*

Respectfully submitted,

Defendants CHARLES TRUITT and
LATOYA HUGHES (substituted for David
Gomez and Rob Jeffreys),

By: KWAME RAOUL,
    Illinois Attorney General

*/s/ R. Douglas Rees*
Deputy Attorney General, Civil Litigation